No. 03–546. THOSTESON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–547. UNITED STATES v. ROBINSON ET UX. C. A. Fed. Cir. Certiorari denied.

No. 03–549. TOP RANK, INC. v. FLORIDA STATE BOXING COMMISSION ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–557. ST. LOUIS UNIVERSITY v. AMERICAN CYANAMID CO. C. A. 4th Cir. Certiorari denied.

No. 03–560. RONDOUT ELECTRIC, INC. v. NEW YORK DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–561. UNITED STATES EX REL. KINNEY v. STOLTZ ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–563. WANER v. FORD MOTOR CO. C. A. Fed. Cir. Certiorari denied.

No. 03–564. WARE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–565. KODAK RETIREMENT INCOME PLAN ET AL. v. BURKE. C. A. 2d Cir. Certiorari denied.

No. 03–569. ALLIANT ENERGY CORP. v. BRIDGE, COMMISSIONER, PUBLIC SERVICE COMMISSION OF WISCONSIN, ET AL.; and No. 03–717. BRIDGE, COMMISSIONER, PUBLIC SERVICE COMMISSION OF WISCONSIN, ET AL. v. ALLIANT ENERGY CORP. C. A. 7th Cir. Certiorari denied. Reported below: 330 F. 3d 904.

No. 03–571. SOUTH COAST CAB CO., INC. v. CITY OF ANAHEIM, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–573. ESSEF CORP. ET AL. v. SILIVANCH ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–576. PASLEY v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.